

**ORDERED in the Southern District of Florida on June 9, 2021.**

_____
                        **Robert A. Mark, Judge**
                        **United States Bankruptcy Court**
_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI-DADE DIVISION
www.flsb.uscourts.gov

In re:
RICHARD W. TRACHUK, INC.                    Case No.:  20-24060-RAM
d/b/a ANDY THE ROOFER & CO.               Chapter 11

     Debtor-in-Possession
_____/

RICHARD W. TRACHUK, INC.                    Adv. No. 21-01028-RAM
d/b/a ANDY THE ROOFER & CO.

           Plaintiff,
v.

AMERICAN BUILDERS & CONTRACTORS
SUPPLY, INC., trading as ABC SUPPLY CO,
INC.; BEACON SALES ACQUISITION, INC.,
d/b/a ALLIED BUILDING PRODUCTS;
EXTREME METAL FABRICATORS, LLC

           Defendants.
_____/

### ORDER DISMISSING ADVERSARY PROCEEDING

     THIS MATTER came before the Court upon RICHARD W. TRACHUK, INC. d/b/a

ANDY THE ROOFER's (the "Plaintiff") *Stipulated Notice of Voluntary Dismissal of Adversary*

*Proceeding* (the "Stipulation") (DE 29). The Court, having reviewed the Stipulation, noting the agreement of all the parties in the Stipulation, finds that good cause exists to dismiss the pending adversary proceeding.

**IT IS THEREFORE ORDERED:**

1. The instant adversary proceeding is hereby **DISMISSED** subject to the terms as stated in the Stipulation.

2. All pending motions in the adversary proceeding are **DENIED AS MOOT.**

# # #

Submitted by:

Chad T. Van Horn, Esq.
Florida Bar No. 64500
**VAN HORN LAW GROUP, P.A.**
330 N Andrews Ave., Suite 450
Fort Lauderdale, FL 33301
Telephone: (954) 765-3166
Facsimile: (954) 756-7103
Email: Chad@cvhlawgroup.com

*(Chad Van Horn, Esq. is directed to provide a copy of this signed Order to all parties of record and to file a Certificate of Service conforming with Local Rule 2002-1(F).*